AMERICAN CEMENT CORPORATION, Appellant, v. UNDERHILL CONSTRUCTION CORP., Respondent, and Interpleading Petitioner-Appellant; UNITED STATES OF AMERICA, Interpleaded Respondent. (Action No. 1.) AMERICAN CEMENT CORPORATION, Appellant, v. PRATT TOWERS, INC., et al., Respondents, et al., Defendant. (Action No. 2.)

Hopkins, Acting P. J., Latham, Christ, Brennan and Benjamin, JJ., concur.